IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Mississippi
Southern DIVISION
(Write the District and Division, if any, of the court in which the complaint is filed.)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 17 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

LARENZO C. MANUEL

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

ISAAC Edward
Mississippi Department of Correction
Gloria Perry   See attached "Exhibit A"

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 3:18CV240 CWR-FKB
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _LARENZO MANUEL_

All other names by which you have been known:
_LARENZO MANUEL_

ID Number _MDOC# 146877_
Current Institution _Central Mississippi Correctional Facility_
Address _(720) CMCF-C-2 "D"-Zone/Bed-54_
_P.O. Box 88550, Pearl, MS. 39288_

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name _ISAAC EDWARD_
Job or Title (if known) _Mississippi Department of Correction Employee_
Shield Number _don't know_
Employer _STATE OF Mississippi_
Address _____

[☑] Individual capacity   [☑] Official capacity

Defendant No. 2
Name _Mississippi Department of Correction_

2

Job or Title (if known): *Mississippi Department of Correction Correctional Institution*

Shield Number: *Correctional institution don't know*

Employer: *Correctional institution*

Address: _____

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: *Glory Perry*

Job or Title (if known): *medical director for Miss. Department of Correction*

Shield Number: *don't know*

Employer: *State of Mississippi*

Address: _____

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: *C.I.D. Criminal Investigation Department*

Job or Title (if known): *Criminal Investigators*

Shield Number: *don't know*

Employer: *Contracted by State of Mississippi*

Address: _____

☑ Individual capacity ☑ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Cruel and Unusal Punishment (8th Amendment)_
_Equal Protection (14th Amendment U.S. Const. And Federal law)_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_(SEE ATTACHED: Factual Allegations as Exhibit 'A-1'_

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Larenzo Manuel's Arose At Central Mississippi Correctional Facility in (RNC), where Manuel was stomped in the back of his head by Correctional Officer Isaac Edward*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Manuel's event arose at Central Mississippi Correctional Facility in (RNC) where Manuel was stomped in the back of his head by Correctional Officer Issaac Edward*

C. What date and approximate time did the events giving rise to your claim(s) occur?

*The date of this offense took place November 14, 2017 at 6:00 pm"*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See as an attached Exhibits "Statement of Claim/ Factual Allegations/ Causes of Action Exhibit B"*

5

_____
_____
_____
_____
_____

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MANUEL Contend that between 5pm and 6pm on November 14th 2017, C/o Isaac Edward sprayed me with Pepper Spray to make me lie down face first on the floor in toilet water, once on the ground and posing no threat to any individual, C/o Edward then stomped on my head resulting in a busted and torn up lip and a broken jaw along with my front tooth being broken, C/o Edward then dragged me out the cell, face first in toilet water all the way until I reached the top of the stair in the zone.

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

MANUEL want redress (money damages) from this lawsuit, for compensatory money damages as well as punitive damage from each defendant for the amount of one million ($1,000,000) each, These money damage is also for pain and suffering and body harm In Jury, And MANUEL wants all defendant to pay all court cost generated from this suit,

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*CENTRAL MISSISSIPPI CORRECTIONAL FACILITY*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

*do Not Know*

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- ☐ Yes
- ☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Central Mississippi Correctional Facility

2. What did you claim in your grievance?

   Cruel and Unusal Punishment (8th Amendment Equal Protection (14th Amendment U.S. Const. And [federal law]

3. What was the result, if any?

   N/A Never Receive my Relief Sought

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Manuel Never Receive a Written Statement in order to appeal

8

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    I did file a Grievance and Notify C.I.D Criminal Investigation Department, the C.I.D has the incident on Camera

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    SEE AS AN Attached "Exhibits A & B"

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)    N/A
   Defendant(s)    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.    N/A

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes
   ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____ N/A _____
      Defendant(s) _____ N/A _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____ N/A _____
      _____ N/A _____

   3. Docket or index number

      _____ N/A _____

   4. Name of Judge assigned to your case

      _____ N/A _____

   5. Approximate date of filing lawsuit

      _____ N/A _____

   6. Is the case still pending?

      ☐ Yes
      ☑ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____*N/A*_____
    _____

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

    I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

    Date of signing: _____, 20 *18*

    Signature of Plaintiff   *LARENZO MANUEL*
    Printed Name of Plaintiff   *LARENZO MANUEL*
    Prison Identification #   *146877*
    Prison Address   *Central Mississippi Correctional Facility (720)*
    *P.O. Box 88550, Pearl, Mississippi   39288*
    City                State              Zip Code

B.  **For Attorneys**

    Date of signing: _____, 20 *18*

    Signature of Attorney   _____
    Printed Name of Attorney   _____
    Bar Number   _____
    Name of Law Firm   _____

12

Address                    _____
Telephone Number           _____
E-mail Address             _____